WILLIAM B. SLOCUM, Appellant, *v.* CATHERINE DOMOL et al., Respondents.

SAME APPELLANT *v.* WILLIAM C. VEGHTS, Administrator, etc., Respondent.

(Argued November 25, 1889; decided December 3, 1889.)

MOTION to dismiss appeals from judgments in favor of defendants for failure to give the undertaking required by the statute of the General Term of the Supreme Court in the

second judicial department, entered upon an order made July 25, 1888.

.  *A. & A. X. Fallon* for motion.

*William B. Slocum* opposed.

Agree to dismiss; no opinion.
All concur.
Appeals dismissed.